[No. 42527-7-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VASSILIOS STAMATOYANNOPOULOS, *Defendant*, MAURICE LEVAR SIMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10217-7, Jim Street, J., entered February 12, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42623-1-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02965-0, Larry Jordan, J., entered June 23, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42628-1-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVE GEORGE ZUMWALT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07877-2, Donald D. Haley, J., entered April 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42645-1-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON DLEON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07029-1, Charles W. Mertel, J., entered April 20, 1998. *Affirmed* by unpublished per curiam opinion.